UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LI LIN,

                Plaintiff,

   -against-

JOHN ASHCROFT,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
02-CV-1186 (NGG)

     An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the case without prejudice for failure to prosecute; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 02, 2005

                                             ROBERT C. HEINEMANN
                                             Clerk of Court